# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |
| Sandra Njos v. Rockford Health System, an Illinois not-for-profit Corporation, and Rockford Memorial Hospital, an Illinois not-for-profit Corporation, Robert Escarza M.D., Rhonda Casavant, R.N. | 07 C 50213 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sandra Njos

**FILED**

OCT 30 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Cynthia Szymanski Koroll | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Cynthia Szymanski Koroll | |
| FIRM | |
| The Szymanski Koroll Litigation Group | |
| STREET ADDRESS | |
| One Court Place, Suite 102 | |
| CITY/STATE/ZIP | |
| Rockford, Illinois 61101 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6275102 | 815-639-9000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Sandra Njos v. Rockford Health System, an Illinois not-for-profit Corporation, and Rockford Memorial Hospital, an Illinois not-for-profit Corporation, Robert Escarza, M.D., Rhonda Casavant, R.N. | 07 C 50 213 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sandra Njos

FILED

OCT 3 0 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Karl A Szymanski |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ |
| FIRM |
| The Szymanski Koroll Litigation Group |
| STREET ADDRESS |
| One Court Place, Suite 102 |
| CITY/STATE/ZIP |
| Rockford, Illinois 61101 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6273141 | 815-639-9000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐