## United States District Court for the Northern District of Illinois

Case Number: __07 C 50213__   Assigned/IssuedBy: __JMW__

---

### FEE INFORMATION

**Amount Due:**  ☑ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: __$350.00__            Receipt #: __3452__

Date Paid: __10/30/07__             Fiscal Clerk: __JMW__

---

### ISSUANCES

**Type Of Issuance:**
- ☑ Summons
- ☐ Alias Summons
- ☐ Third Party Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ _____ (Type of Writ)

Original and __0__ copies on __10/30/07__ (Date) as to __all defendants__

Copy given to Judge Reinhard