## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50213 | **DATE** | 10/31/2007 |
| **CASE TITLE** | Njos vs. Rockford Health System, et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff brings this action premised on diversity of citizenship jurisdiction. Plaintiff has not alleged the principal place of business of the corporate defendants. A corporation is a citizen of both its state of incorporation and its principal place of business. 28 U.S.C. § 1332 (c) (1). Plaintiff shall file amended jurisdictional allegations on or before 11/14/07 or this case will be dismissed for lack of subject matter jurisdiction.

*Philip G. Reinhard*

Electronic Notices

| | Courtroom Deputy Initials: | \SEC |
|---|---|---|

Case 3:07-cv-50213    Document 6    Filed 10/31/2007    Page 1 of 1

07C50213 Njos vs. Rockford Health System, et al                                                                                      Page 1 of 1