AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Sandra Njos

CASE NUMBER: 07 C 50 2 13

V.

ASSIGNED JUDGE:

Rockford Health System, an Illinois not-for-profit Corporation and Rockford Memorial Hospital, an Illinois not-for-profit Corporation, Robert Escarza M.D., Rhonda Casant, R.N.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Julie A. Peterson
Rockford Health System
2400 N. Rockton Avenue
Rockford, IL 61103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cynthia Szymanski Koroll
The Szymanski Koroll Litigation Group
One Court Place, Suite 102
Rockford, IL 61101

an answer to the complaint which is herewith served upon you, within ___30 20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_           10/30/07

(By) DEPUTY CLERK           DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 10/31/07 |
| NAME OF SERVER (PRINT) Chad Gaines | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's ~~dwelling house~~ corporation or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Nancy Harvey - Director of Claims - Risk Management Dept. Rockford Health System

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $5.00 | $5.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/31/07
Date

Signature of Server

P.O. Box 15206 Loves Park, IL 61132
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.