IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| SANDRA NJOS,  )<br>    *Plaintiff,*  )<br>  )<br>vs.  )<br>  )<br>ROCKFORD HEALTH SYSTEM, an Illinois  )<br>not-for-profit Corporation, ROCKFORD  )<br>MEMORIAL HOSPITAL, an Illinois  )<br>not-for-profit Corporation, ROBERT  )<br>ESCARZA, M.D., & RHONDA CASANT, R.N.  )<br>    *Defendants.*  )  | NO.  07 C 50213 |

## NOTICE OF MOTION

TO:    Cynthia J. Szymanski Koroll
         SZYMANSKI KOROLL LITIGATION GROUP
         One Court Place, Suite 102
         Rockford, IL 61101

      On November 14, 2007, at 1:30 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate P. Michael Mahoney in Courtroom 206 in the United States District Court, Northern District of Illinois, Western Division, 211 S. Court Street, Rockford, Illinois, and then and there present <u>Defendants' Motion to Extend Time to File an Answer or Otherwise Plead to Complaint at Law</u>, a copy of which is hereby electronically served upon you.

                                                                     GUMMERSON & RAUSCH, LLC,
                                                                     Attorneys for Defendants

                                                                       By:  <u>/s/ Tom E. Rausch</u>

GUMMERSON & RAUSCH, LLC
101 S. Benton Street, Suite 201
Woodstock, IL 60098
815/337-7700
#6244908