UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| NJOS, SANDRA | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 07 C 50213 |
| vs. | ) |
| | ) |
| ROCKFORD HEALTH SYSTEM, | ) |
| an Illinois not-for profit Corporation, and | ) |
| ROCKFORD MEMORIAL HOSPITAL | ) |
| an Illinois not-for-profit Corporation, | ) |
| ROBERT ESCARZA, M.D., RHONDA | ) |
| CASAVANT, R.N. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF FILING

TO:   See Proof of Service

PLEASE TAKE NOTICE that on November 14, 2007, Plaintiff, SANDRA NJOS, by her attorneys, THE SZYMANSKI KOROLL LITIGATION GROUP, filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois, 211 South Court Street, Rockford, Illinois, 61101, the **PLAINTIFF'S 2ND AMENDED COMPLAINT,** a copy of which is provided herewith.

SANDRA NJOS

BY THE SZYMANSKI KOROLL LITIGATION GROUP


BY_____s/ Cynthia Szymanski Koroll_____
    Cynthia Szymanski Koroll

Cynthia Szymanski Koroll
THE SZYMANSKI KOROLL LITIGATION GROUP
One Court Place
Suite 102
Rockford, IL  61101
815.639.9000
815.639.9066 – Fax

STATE  OF  ILLINOIS        )
                           ) SS.
COUNTY OF WINNEBAGO        )

PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon:

Attorney Tom E. Rausch
Gummerson & Rausch, LLC
101 South Benton Street
Suite 201
Woodstock, Illinois 60098

the attorney(s) of record to the above cause, by e-filing with the Clerk of Court, United States District Court, U.S. Courthouse, 2nd Floor, 211 South Court Street, Rockford, Illinois as set forth above, at or about the hour of 5:00 p.m. on the 14th day of November, 2007.

_____

Subscribed and sworn to before me
this 14 day of November, 2007.

_____

Notary Public

Cynthia Szymanski Koroll
THE SZYMANSKI KOROLL LITIGATION GROUP
One Court Place
Suite 102
Rockford, IL  61101 - 815.639.9000