# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Western Division

Sandra Njos

                              Plaintiff,

v.                                                    Case No.: 3:07–cv–50213
                                                      Honorable Philip G. Reinhard

Rockford Health System, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 14, 2007:

        MINUTE entry before Judge P. Michael Mahoney : Defendant's Motion for extension of time to answer [16] is granted. Response to complaint due 30 days after plaintiff files its 622 affidavit. Status hearing reset for 2/1/2008 at 01:30 PM.(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.