IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| SANDRA NJOS,     *Plaintiff,* | )<br>)<br>) |
| vs. | )   NO. 07 C 50213<br>) |
| ROCKFORD HEALTH SYSTEM, an Illinois<br>not-for-profit Corporation, ROCKFORD<br>MEMORIAL HOSPITAL, an Illinois<br>not-for-profit Corporation, ROBERT<br>ESCARZA, M.D., & RHONDA CASAVANT, R.N.<br>     *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT ROCKFORD MEMORIAL HOSPITAL'S STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

     NOW COMES, Defendant, ROCKFORD MEMORIAL HOSPITAL, an Illinois not-for-profit corporation, by and through its attorneys GUMMERSON & RAUSCH, LLC, and pursuant to Federal Rule of Civil Procedure 7.1 files this statement.

     1.  There are no parent corporations of Rockford Memorial Hospital.

     2.  There are no publicly held corporations which own 10% or more of Rockford Memorial Hospital's stock.

                                                                                    Respectfully submitted,

                                                                                    /s/ Jamie R. Wombacher

GUMMERSON & RAUSCH, LLC
Attorneys for Rockford Memorial Hospital
101 S. Benton Street, Suite 201
Woodstock, IL 60098
(815) 337-7700