**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Western Division**

Sandra Njos
                    Plaintiff,

v.                                          Case No.: 3:07−cv−50213
                                            Honorable Philip G. Reinhard

Rockford Health System, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 21, 2007:

MINUTE entry before Judge P. Michael Mahoney : Plaintiff's Motion to take deposition from Sandra Njos [25] is granted. Plaintiff's FRCP 26(a)(1) disclosure due 11/28/07. Parties given to 11/21/07 to engage in limited discovery. Discovery Hearing set for 11/28/2007 at 01:30 PM. Enter protective order. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.