IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| SANDRA NJOS,<br>    *Plaintiff,*<br><br>vs.<br><br>ROCKFORD HEALTH SYSTEM, an Illinois not-for-profit Corporation, ROCKFORD MEMORIAL HOSPITAL, an Illinois not-for-profit Corporation, ROBERT ESCARZA, M.D., & RHONDA CASAVANT, R.N.<br>    *Defendants.* | NO. 07 C 50213 |

**PROOF OF SERVICE**

TO:    Cynthia J. Szymanski Koroll
         SZYMANSKI KOROLL LITIGATION GROUP
         One Court Place, Suite 102
         Rockford, IL 61101

      I, the undersigned, on oath state that I served Interrogatories, Production Request and Qualified Protective Order by hand -delivering true and correct copies to the above named person on November 21, 2007.

                                                                    /s/ Jamie R. Wombacher

GUMMERSON & RAUSCH, LLC
101 South Benton Street, Suite 201
Woodstock, IL 60098
(815) 337-7700