# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Western Division

Sandra Njos

                     Plaintiff,

v.

                                       Case No.: 3:07–cv–50213
                                       Honorable Philip G. Reinhard

Rockford Health System, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 28, 2007:

       MINUTE entry before Judge P. Michael Mahoney :Discovery hearing held on 11/28/2007. Plaintiff's FRCP 26(a)(1) disclosure and letter from doctor due 12/17/07. Discovery Hearing set for 12/14/2007 at 01:30 PM.(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.