UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| NJOS, SANDRA | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 07 C 50213 |
| vs. | ) |
| | ) |
| ROCKFORD HEALTH SYSTEM, | ) |
| an Illinois not-for profit Corporation, and | ) |
| ROCKFORD MEMORIAL HOSPITAL | ) |
| an Illinois not-for-profit Corporation, | ) |
| ROBERT ESCARZA, M.D., RHONDA | ) |
| CASAVANT, R.N. | ) |
| | ) |
| Defendants. | ) |
| | ) |

NOTICE OF FILING

TO:   See Proof of Service

   PLEASE TAKE NOTICE that on November 30, 2007, pursuant to the Court's order of November 16, 2007 the Plaintiff, SANDRA NJOS, by her attorneys, THE SZYMANSKI KOROLL LITIGATION GROUP, filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois, 211 South Court Street, Rockford, Illinois, 61101, **Plaintiff's Third Amended Complaint with Amended Jurisdictional Allegations,** a copy of which is provided herewith.

Date: November 30, 2007

                         SANDRA NJOS

                         BY THE SZYMANSKI KOROLL LITIGATION GROUP


                         BY____s/ Cynthia Szymanski Koroll_____
                              Cynthia Szymanski Koroll

Cynthia Szymanski Koroll
THE SZYMANSKI KOROLL LITIGATION GROUP
One Court Place
Suite 102
Rockford, IL  61101
815.639.9000
815.639.9066 – Fax

STATE OF ILLINOIS         )
                          ) SS.
COUNTY OF WINNEBAGO    )

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon:

Attorney Tom E. Rausch
Attorney Jamie Wombacher
Attorney Philip Edward Wand
Attorney Robert L. Gray
Gummerson & Rausch, LLC
101 South Benton Street
Suite 201
Woodstock, Illinois 60098

the attorney(s) of record to the above cause, by e-filing with the Clerk of Court, United States District Court, U.S. Courthouse, 2nd Floor, 211 South Court Street, Rockford, Illinois as set forth above, at or about the hour of 5:00 p.m. on the 30th day of November, 2007.

_____

Subscribed and sworn to before me
this 30 day of November, 2007.

_____

Notary Public

Cynthia Szymanski Koroll
THE SZYMANSKI KOROLL LITIGATION GROUP
One Court Place
Suite 102
Rockford, IL  61101 - 815.639.9000