UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| NJOS, SANDRA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 50213 |
| vs. | ) | |
| | ) | |
| ROCKFORD HEALTH SYSTEM, | ) | |
| an Illinois not-for profit Corporation, and | ) | |
| ROCKFORD MEMORIAL HOSPITAL | ) | |
| an Illinois not-for-profit Corporation, | ) | |
| ROBERT ESCARZA, M.D., RHONDA | ) | |
| CASAVANT, R.N. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>NOTICE OF MOTION</u>

TO:     (See Proof of Service)

YOU ARE HEREBY NOTIFIED that on  February 1, 2008, at 1:30 p.m., or as soon thereafter as Counsel may be heard, I shall appear before his Honor, Judge Mahoney, in the room usually occupied by him as a court room, or in his absence, before any other Judge that may be presiding in said court room, in the U. S. District Court House at Rockford, Illinois, and then and there: present the **Plaintiffs Motion to Withdraw, Without Prejudice, Her Motion to Depose Sandra Njos to Preserve Evidence Pursuant to Rule 27,** a copy of which is provided herewith, at which time and place you may appear if you so desire.

Date: December 17, 2007

SANDRA NJOS

BY THE SZYMANSKI KOROLL LITIGATION GROUP

BY_____s/ Cynthia Szymanski Koroll_____
        Cynthia Szymanski Koroll

Cynthia Szymanski Koroll
THE SZYMANSKI KOROLL LITIGATION GROUP
One Court Place
Suite 102
Rockford, IL  61101
815.639.9000
815.639.9066 – Fax

STATE OF ILLINOIS          )
                           ) SS.
COUNTY OF WINNEBAGO        )

<u>PROOF OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was served upon:

Attorney Tom E. Rausch
Attorney Jamie Wombacher
Attorney Philip Edward Wand
Attorney Robert L. Gray
Gummerson & Rausch, LLC
101 South Benton Street
Suite 201
Woodstock, Illinois 60098


the attorney(s) of record to the above cause, by e-filing with the Clerk of Court, United States District Court, U.S. Courthouse, 2nd Floor, 211 South Court Street, Rockford, Illinois as set forth above, at or about the hour of 5:00 p.m. on the 17th day of December, 2007.

_____

Subscribed and sworn to before me
this 17 day of December, 2007.

_____

Notary Public

Cynthia Szymanski Koroll
THE SZYMANSKI KOROLL LITIGATION GROUP
One Court Place
Suite 102
Rockford, IL  61101 - 815.639.9000