UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| NJOS, SANDRA ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 07 C 50213 |
| vs. ) | |
| ) | |
| ROCKFORD HEALTH SYSTEM, ) | |
| an Illinois not-for profit Corporation, and ) | |
| ROCKFORD MEMORIAL HOSPITAL ) | |
| an Illinois not-for-profit Corporation, ) | |
| ROBERT ESCARZA, M.D., RHONDA ) | |
| CASAVANT, R.N. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ATTORNEY AFFIDAVIT AND PHYSICIAN AFFIDAVIT PURSUANT TO
735 ILCS 5/2-622**

Now come the Plaintiff, SANDRA NJOS, by and through her attorneys The Szymanski Koroll Litigation Group, and files the attached physician affidavit pursuant to 735 ILCS 5/2-622 and further asserts:

CYNTHIA SZYMANSKI KOROLL, being first duly sworn on oath, deposes and states as follows:

1.   I am the attorney for the Plaintiff in the above-captioned matter.

2.   I have consulted and reviewed the facts of the case with a health professional who is a board-certified medical doctor licensed to practice medicine in all its branches and who has reviewed the pertinent medical records and is knowledgeable

1

concerning the issues in this case. Dr. James Martin holds Illinois State License number 036056261.

    3.    That this physician has practiced medicine within the last six years in the same area of health care or medicine that is at issue in this action.

    4.    This physician is qualified by experience and is competent in the subject of this case and has determined in a written report, after a review of the medical records that there exists a reasonable and meritorious cause for the filing of such action and that the affiant has concluded on the basis of the health professional's review and consultation that there is a reasonable and meritorious cause for filing of such action.

    5.    The report from the aforementioned physician is attached to this Affidavit.

    \_\_\_\_\_s/ Cynthia Szymanski Koroll\_  
    CYNTHIA SZYMANSKI KOROLL

Subscribed and sworn to before me

this \_\_\_\_\_ day of _____, 2008.

The Szymanski Koroll Litigation Group  
One Court Place, Suite 102  
Rockford, Il 61101  
815-639-9000