IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| SANDRA NJOS,<br>    *Plaintiff,* | )<br>)<br>) |
| vs. | ) NO. 07 C 50213 |
| ROCKFORD HEALTH SYSTEM, an Illinois<br>not-for-profit Corporation, ROCKFORD<br>MEMORIAL HOSPITAL, an Illinois<br>not-for-profit Corporation, ROBERT<br>ESCARZA, M.D., & RHONDA CASAVANT, R.N.<br>    *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO:   Cynthia J. Szymanski Koroll
      Karl Szymanski
      SZYMANSKI KOROLL LITIGATION GROUP
      One Court Place, Suite 102
      Rockford, IL 61101

   **PLEASE TAKE NOTICE** that on the 1st day of February 2008, we electronically filed with the Clerk of the United States District Court, Northern District of Illinois, Western Division, **DEFENDANTS' ROCKFORD HEALTH SYSTEM, ROCKFORD MEMORIAL HOSPITAL, ROBERT ESCARZA, M.D., and RHONDA CASAVANT, R.N.'s Answer to Third Amended Complaint at Law, and Jury Demand**, copies of which are served upon you by electronic service.

                                        GUMMERSON & RAUSCH, LLC
                                        Attorneys for Defendants,
                                        ROCKFORD HEALTH SYSTEM, ROCKFORD
                                        MEMORIAL HOSPITAL, ROBERT ESCARZA,
                                        M.D.,  and RHONDA CASAVANT, R.N.

                                        BY:  /s/ Tom E. Rausch

GUMMERSON & RAUSCH, LLC
101 S. Benton Street, Suite 201
Woodstock, IL 60098
(815) 337-7700