IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| SANDRA NJOS,            )<br>    *Plaintiff,*    )<br>                         )<br>vs.                      )<br>                         )<br>ROCKFORD HEALTH SYSTEM, an Illinois )<br>not-for-profit Corporation, ROCKFORD )<br>MEMORIAL HOSPITAL, an Illinois )<br>not-for-profit Corporation, ROBERT )<br>ESCARZA, M.D., &  RHONDA )<br>CASAVANT, R.N.          )<br>    *Defendants.*   ) | NO.  07 C 50213<br><br>Judge Philip G. Reinhard<br>Magistrate P. Michael Mahoney |

## **JURY DEMAND**

The undersigned, on behalf of the Defendants, ROCKFORD HEALTH SYSTEM, ROCKFORD MEMORIAL HOSPITAL, ROBERT ESCARZA, M.D., and RHONDA CASAVANT, R.N., demands a jury trial by twelve (12) jurors.

                                                GUMMERSON & RAUSCH, LLC
                                                Attorneys for Defendants,
                                                ROCKFORD HEALTH SYSTEM, ROCKFORD
                                                MEMORIAL HOSPITAL, ROBERT ESCARZA,
                                                M.D., & RHONDA CASAVANT, R.N.


                                                BY:     /s/ Tom E. Rausch


GUMMERSON & RAUSCH, LLC
101 S. Benton Street, Suite 201
Woodstock, IL 60098
(815) 337-7700
#2290820