## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Western Division

Sandra Njos
                            Plaintiff,
v.                                                  Case No.: 3:07−cv−50213
                                                    Honorable Philip G. Reinhard
Rockford Health System, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 1, 2008:

    MINUTE entry before Judge P. Michael Mahoney : Plaintiff's Motion to withdraw motion to depose [36] is granted. Initial Pretrial conference held on 2/1/2008. Case management order approved. FRCP 26(a)(1) due 3/7/08. FRCP 26(a)(2) reserved. Amended Pleadings due by 8/8/2008. Fact Discovery ordered closed by 8/8/2008. Dispositive Motions due by 9/8/2008, Discovery Hearing set for 5/2/2008 at 01:30 PM.(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.