UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In the Matter of

Sandra Njos vs. Rockford Health System et al

Case Number: 07 C 50213

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff Sandra Njos

---

### (A)

**SIGNATURE** *(signed)*

**NAME** Jonathan J. Schaefer

**FIRM** The Szymanski Koroll Litigation Group

**STREET ADDRESS** One Court Place, Suite 102

**CITY/STATE/ZIP** Rockford, IL 61101

**TELEPHONE NUMBER** 815-639-9000

**FAX NUMBER** 815-639-9066

**E-MAIL ADDRESS** JSchaefer@SKLG.com

**IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)** 6293700

**MEMBER OF TRIAL BAR?** YES ☐ NO ☒

**TRIAL ATTORNEY?** YES ☐ NO ☒

### (B)

(blank)

### (C)

(blank)

### (D)

(blank)