# Gummerson & Rausch

Tom E. Rausch



March 17, 2008

Ms. Cynthia J. Szymanski Koroll
SZYMANSKI KOROLL LITIGATION GROUP
One Court Place, Suite 102
Rockford, IL 61101

    Re:   Njos vs. Rockford Health System, et al.;
           Case No. 07 C 50213;
           Our File No. 35032-004

Dear Ms. Koroll:

    On November 21, 2007, we served interrogatories and a production request, upon you regarding the above-entitled matter. As of this date, we have received neither signed answers to interrogatories nor compliance with our production requests.

    Pursuant to Federal Rule of Civil Procedure 37(a)(1), please provide both signed answers to interrogatories and compliance with our production requests within the next 14 days in order to avoid Court intervention.

    Additionally, enclosed please find a notice of deposition for your client's deposition on May 20, 2008, at 10:00 a.m. Please let me know if this date is convenient for you and your client.

    Thank you for your cooperation.

    Should you have any questions, please do not hesitate to contact me.

                              Very truly yours,

                              GUMMERSON & RAUSCH, LLC

                              Tom E. Rausch

Enclosure



EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| SANDRA NJOS,<br>　　*Plaintiff,*<br><br>vs.<br><br>ROCKFORD HEALTH SYSTEM, an Illinois not-for-profit Corporation, ROCKFORD MEMORIAL HOSPITAL, an Illinois not-for-profit Corporation, ROBERT ESCARZA, M.D., & RHONDA CASAVANT, R.N.<br>　　*Defendants.* | NO. 07 C 50213<br><br>Judge Philip G. Reinhard<br>Magistrate P. Michael Mahoney |

## NOTICE OF DEPOSITION

TO:　Ms. Cynthia Szymanski Koroll
　　　Mr. Karl Szymanski
　　　One Court Place
　　　Suite 102
　　　Rockford, IL 61101

**YOU ARE HEREBY NOTIFIED** that the undersigned will take the following depositions before a Notary Public or other authorized officer on the date and at the place and time set forth below:

DEPONENT:　Sandra Njos
DATE:　　　　May 20, 2008
TIME:　　　　10:00 a.m.
PLACE:　　　GUMMERSON & RAUSCH, LLC, 101 S. Benton Street, Suite 201, Woodstock, IL 60098
PURPOSE:　Discovery

**YOU ARE HEREBY FURTHER NOTIFIED** that you, by this Notice, are required to have present at the time, date and place stated, the said Deponent for oral examination for the above purpose pursuant to the Federal Rules of Civil Procedure.

DATE: March 17, 2008.

GUMMERSON & RAUSCH, LLC,
Attorneys for Defendants

By: _____
Tom E. Rausch

GUMMERSON & RAUSCH, LLC
101 S. Benton Street, Suite 201
Woodstock, IL 60098
(815) 337-7700

G:\JWombacher\R\Rockford Health System\Njos v. RMH\notdep.wpd

STATE OF ILLINOIS   )
                    ) ss.
COUNTY OF McHENRY   )

PROOF OF SERVICE BY FACSIMILE AND MAIL

I, the undersigned, a non-attorney, being first duly sworn upon oath, depose and state that I served this _____ Notice of Deposition by faxing and mailing a copy of same to the persons shown above at their respective fax numbers and addresses shown therein on March _18th_, 2007.

_____

Subscribed and sworn to before me
this _18th_ day of March, 2007.

_____
Notary Public

"OFFICIAL SEAL"
KARLA WASION
Notary Public, State of Illinois
My Commission Expires 04/28/10

2