# Gummerson & Rausch

Tom E. Rausch



May 1, 2008

**Via Facsimile & Regular Mail**

Ms. Cynthia Szymanski Koroll
The Szymanski Koroll Litigation Group
One Court Place
Suite 102
Rockford, IL 61101

    Re:   Sandra Njos vs. Rockford Health System, et al.
             Case No. 07 C 50213

Dear Ms. Koroll:

    Please be advised that I will be unable to be in court tomorrow for the discovery status hearing in the above-entitled matter. I will ask one of my associates to attend the hearing.

    We have scheduled the deposition of Sandra Njos for May 20, 2008. Unfortunately, a conflict has arisen in my schedule for that day. I have to attend a deposition in New York of an expert in another case. Please obtain new dates from Ms. Njos for her deposition and contact me with the possible dates.

    In addition, within 10 days, I ask that you please furnish me with your client's signed answers to interrogatories and response to production request. Previously, on March 17, 2008, I wrote to you asking you to provide within 14 days the interrogatory answers and production response to the discovery requests served upon you on November 21, 2007.

    If you have any questions concerning this matter, please do not hesitate to contact me.

                                 Very truly yours,

                                 GUMMERSON & RAUSCH, LLC

                                 Tom E. Rausch

TER/map



EXHIBIT C

101 S. Benton Street, Suite 201 • Woodstock, Illinois 60098    Ph: 815.337.7700 • Fax: 815.337.7990

Confirmation Report – Memory Send

Date & Time: 2008-May-01  03:32pm
Tel line    : 815 337 7990
Machine ID  : GUMMERSON & RAUSCH

| | | |
|---|---|---|
| Job number | : | 521 |
| Date & Time | : | May-01 03:31pm |
| To | : | 18156399066 |
| Number of pages | : | 002 |
| Start time | : | May-01 03:31pm |
| End time | : | May-01 03:32pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number    : 521            \*\*\* SEND SUCCESSFUL \*\*\*

## GUMMERSON & RAUSCH, LLC

### FACSIMILE COVER LETTER

**DATE:** May 1, 2008

**FAX NO.:** (815) 639-9066

**Please deliver the following page(s) to:**

**RECIPIENT:** Cynthia Syzmanski Koroll/The Syzmanski Koroll Litigation Group

**FROM:** Tom E. Rausch

**REGARDING:** Sandra Njos vs. Rockford Health System, et al.

**Total number of pages including this cover letter:** 2

**MESSAGE:**

**Our FAX number is (815) 337-7990.**

**IF YOU DO NOT RECEIVE ALL OF THE PAGES INDICATED ABOVE, PLEASE CALL THE SENDING PARTY AS SOON AS POSSIBLE AT (815) 337-7700.**

**THIS FACSIMILE CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION** INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THE FACSIMILE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS BELOW VIA THE U.S. POSTAL SERVICE. THANK YOU.

Attorneys At Law, LLC, 101 S. Benton Street, Suite 201, Woodstock, IL 60098 (815/337-7700) Fax 815/337-7990