IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| SANDRA NJOS,<br>    *Plaintiff,*<br><br>vs.<br><br>ROCKFORD HEALTH SYSTEM, an Illinois not-for-profit Corporation, ROCKFORD MEMORIAL HOSPITAL, an Illinois not-for-profit Corporation, ROBERT ESCARZA, M.D., & RHONDA CASAVANT, R.N.<br>    *Defendants.* | NO. 07 C 50213<br><br>Judge Philip G. Reinhard<br>Magistrate P. Michael Mahoney |

## NOTICE OF MOTION

TO:   Ms. Cynthia Szymanski Koroll
        Mr. Karl Szymanski
        One Court Place, Suite 102
        Rockford, IL 61101

On June 18, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate P. Michael Mahoney in Courtroom 206 in the United States District Court, Northern District of Illinois, Western Division, 211 S. Court Street, Rockford, Illinois, and then and there present <u>Defendants' Motion to Compel Plaintiff's Answers to Written Interrogatories and Production Requests</u>, a copy of which is hereby electronically served upon you.

                                                GUMMERSON & RAUSCH, LLC,
                                                Attorneys for Defendants

                                                By:  /s/ Jamie R. Wombacher

## CERTIFICATE OF SERVICE

The undersigned attorney, hereby certifies that a copy of this Notice of Motion and Motion to Remand were served upon the above-named persons by ECF because each such person is a registered electronic filer.

                                                        /s/ Jamie R. Wombacher

GUMMERSON & RAUSCH, LLC
101 S. Benton Street, Suite 201
Woodstock, IL 60098
815/337-7700
#6280060