05-Feb-2009 03:07pm From-GURMERSON DAWSON Case: 3:07-cv-50213 Document #: 58-2 Filed: 02/05/09 Page 1 of 1 PageID #:0235 T-234 P.002/035 F-849

JAN/29/2009/THU 12:17 PM SKLG          FAX No. 815 639 9000          P. 003

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

NJOS, SANDRA                )
                            )
    Plaintiff,              )
                            )    No. 07 C 50213
    vs.                     )
                            )
ROCKFORD HEALTH SYSTEM,     )
an Illinois not-for-profit Corporation, and )
ROCKFORD MEMORIAL HOSPITAL  )
an Illinois not-for-profit Corporation,     )
ROBERT ESCARZA, M.D., RHONDA )
CASAVANT, R.N.              )
                            )
    Defendants.             )

### STIPULATION REGARDING VOLUNTARILY DISMISSAL

All parties having been given notice, it is hereby stipulated that pursuant to Federal Rule of Civil Procedure 41, Plaintiff is allowed to voluntarily dismiss her case, with leave to refile within one year by an appropriate representative of the Estate of Sandra Njos.

_____          _____
        Plaintiff                         Defendants

2-5-2009
_____
    Date


EXHIBIT A